UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Larry Pieri, | Case No. 0:18-cv-01319 (DWF/TNL) |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| UniRush LLC, | |
| Defendant. | |

---

Plaintiff Larry Pieri, by and through his undersigned counsel, hereby dismisses his claims against Defendant UniRush LLC with prejudice without costs to any party.

Dated: August 29, 2018

/s/ Karin Ciano
Karin Ciano
Bar No. MN 0343109
Karin Ciano Law PLLC
310 Fourth Avenue South Suite 5010
Minneapolis, MN 55415
Phone: (512) 367-7135
Email: Karin@karincianolaw.com

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
law@stefancoleman.com
(877) 333-9427

Avi R. Kaufman
Kaufman P.A.
kaufman@kaufmanpa.com
400 NW 26th Street
Miami, Fl 33127
Phone: (305) 469-5581

*Counsel for Plaintiff*