## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry Pieri,  	Civil No. 18-1319 (DWF/TNL)

      Plaintiff,

v.  	**ORDER FOR DISMISSAL**
    **WITH PREJUDICE**

UniRush LLC,

      Defendant.

Based upon the Notice of Dismissal With Prejudice filed by the Plaintiff on August 29, 2018, (Doc. No. [24]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  August 30, 2018  	s/Donovan W. Frank
    DONOVAN W. FRANK
    United States District Judge